An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

TOBY KREHBIEL,

          Appellant,

vs.

LINDSAY DULL, N/K/A LINDSAY DARNELL,

          Respondent.

No. 67495

**FILED**

APR 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

When this pro se appeal was docketed, this court gave appellant 40 days to file and serve the civil proper person appeal statement. Appellant's civil appeal statement was due in this court by April 13, 2015. To date, appellant has failed to file the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. James Todd Russell, District Judge
Toby Krehbiel
Lindsay Dull
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-12092